Certificate Number: 03088-PAE-DE-035718098

Bankruptcy Case Number: 21-11388



03088-PAE-DE-035718098

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on May 30, 2021, at 1:00 o'clock PM CDT, Christopher Baxter completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 31, 2021                                By:     /s/Lorenza Rodriguez for Doug Tonne

                                                   Name:   Doug Tonne

                                                   Title:  Counselor