# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Christopher Baxter fka Christopher J Baxter<br>Debtor(s)<br><br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>Movant<br><br>vs.<br><br>Christopher Baxter fka Christopher J Baxter<br>Debtor(s)<br><br>Kenneth E. West Esq.<br>Trustee | CHAPTER 13<br><br><br><br>NO. 21-11388 MDC<br><br><br><br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this 13th day of May 2022 it is hereby **ORDERED** that if _Christopher Baxter fka Christopher J. Baxter_ (the "Debtor(s)") and _Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.,_ ("Mortgagee") , the Motion for Approval of the COVID-19 Payment Deferral Agreement dated on _March 22, 2022_ is hereby approved and it is further Ordered that said Agreement does not violate the automatic stay Section 362 nor the provisions of 11 USC Section 549.

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge