**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
| Christopher Baxter | : | Chapter 13 |
| | : | Case No.: 21-11388-MDC |
| Debtor(s) | : | |

## O R D E R

AND NOW, this __10th__ day of __November__ 2022, upon consideration of the Motion to Modify Plan after Confirmation it is hereby:

ORDERED and DECREED that the Chapter 13 Plan may be modified in consideration of the Amended Proof of Claim (#8-2) of Quicken Loans, LLC.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE