United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Christopher Baxter
  Debtor

Case No. 21-11388-djb

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2

Date Rcvd: May 18, 2026

User: admin

Form ID: 138OBJ

Page 1 of 3

Total Noticed: 29

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++              Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher Baxter, 214 Harrison Avenue, Glenside, PA 19038-3904 |
| 14609367 | + | Quicken Loans, LLC, c/o Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 19 2026 01:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 19 2026 01:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14608050 | | Email/Text: Bankruptcy@absoluteresolutions.com | May 19 2026 01:58:00 | Absolute Resolutions, Attn: Bankruptcy, 8000 Norman Center Dr #350, Bloomington, MN 55437 |
| 14611310 | | Email/Text: Bankruptcy@absoluteresolutions.com | May 19 2026 01:58:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14608053 | | Email/Text: collectors@arresourcesinc.com | May 19 2026 01:58:00 | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 14609396 | + | Email/Text: bkfilings@zwickerpc.com | May 19 2026 01:59:00 | American Express National Bank, Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 14610538 | + | Email/Text: bkfilings@zwickerpc.com | May 19 2026 01:59:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 14608052 | + | Email/PDF: bncnotices@becket-lee.com | May 19 2026 02:08:46 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14608054 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 19 2026 02:08:56 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 14608057 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 19 2026 02:08:45 | Chase Mortgage, Chase Records Center/Attn: Correspondenc, Mail Code LA4 5555 700 Kansas Ln, Monroe, LA 71203 |
| 14608058 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2026 02:08:51 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14608060 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2026 02:08:57 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14608757 | | Email/Text: EBNBKNOT@ford.com | May 19 2026 01:59:00 | Ford Motor Credit Company, LLC, P.O. Box 62180, Colorado Springs, CO 80962-2180 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2026 | Form ID: 138OBJ | Total Noticed: 29 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14608061 | + | Email/Text: EBNBKNOT@ford.com | May 19 2026 01:59:00 | Ford Motor Credit Comp, Pob 542000, Omaha, NE 68154-8000 |
| 14613977 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 19 2026 01:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14608062 | + | Email/PDF: Bankruptcy_Prod@mohela.com | May 19 2026 02:08:46 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14610840 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | May 19 2026 02:08:51 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14608065 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 19 2026 02:08:51 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14621605 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 19 2026 02:08:56 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14608066 | + | Email/Text: bankruptcyteam@rocketmortgage.com | May 19 2026 01:59:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14618377 | + | Email/Text: bankruptcyteam@rocketmortgage.com | May 19 2026 01:59:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14622115 | + | Email/Text: bankruptcy@bbandt.com | May 19 2026 01:58:00 | SunTrust Bank now Truist Bank, P.O. Box 85092, RICHMOND, VA 23286-0001 |
| 14608067 | + | Email/Text: bankruptcy@bbandt.com | May 19 2026 01:58:00 | Suntrust Bank, Attn: Bankruptcy, Mc Va-Rvw_6290 Pob 85092, Richmond, VA 23286-0001 |
| 14620622 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 19 2026 02:08:46 | Synchrony Bank by AIS InfoSource LP, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 |
| 14608068 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 19 2026 02:08:55 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14608070 | + | Email/Text: bankruptcy@td.com | May 19 2026 01:59:00 | TD Bank, PO Box 16027, Lewiston, ME 04243-9513 |
| 14608069 | + | Email/Text: bncmail@w-legal.com | May 19 2026 01:58:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14608051 | *P++ | ABSOLUTE RESOLUTIONS CORPORATION, 8000 NORMAN CENTER DRIVE SUITE 350, BLOOMINGTON MN 55437-1118, address filed with court:, Absolute Resolutions, Attn: Bankruptcy, 8000 Norman Center Dr #350, Bloomington, MN 55437 |
| 14608055 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 14608056 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 14608059 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14613979 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14608063 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14608064 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 0313-2                              User: admin                                     Page 3 of 3
Date Rcvd: May 18, 2026                        Form ID: 138OBJ                               Total Noticed: 29

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2026                       Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRAD J. SADEK | on behalf of Debtor Christopher Baxter brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor QUICKEN LOANS  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 138OBJ* (6/24)–doc 75 – 73

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| Christopher Baxter | ) | Case No. 21–11388–djb |
| fka Christopher J Baxter | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: May 18, 2026

For The Court

Mohung Wong
Clerk of Court